IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV42

| | |
|---|---|
| AMERICAN EAGLE WHEEL CORPORATION, ) ) ) | |
| Plaintiff, ) ) | ORDER |
| v. ) ) | |
| LAWRENCE CAMPBELL SMYTH, ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on its own motion. On November 2, 2004, the Court received a letter from Plaintiff's counsel, advising the Court that the parties had settled this matter. This letter further stated that a stipulation of dismissal would be forthcoming. It has now been over seven months since the Court's receipt of this letter and the parties have still not filed a stipulation of dismissal. Consequently, the Court finds that it is necessary to hold a status conference to ascertain whether the parties have in actuality settled this matter.

**IT IS THEREFORE ORDERED** that a status conference is hereby scheduled for **June 28, 2005** at **10:00 a.m.** in the Chambers of The Honorable Graham C. Mullen, Room 230, in the Charlotte Division of the Western District of North Carolina. <u>The parties and their attorneys are required to be present at this status conference.</u>

**Signed: June 13, 2005**

Graham C. Mullen
Chief United States District Judge