IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:04CV42

| | |
|---|---|
| AMERICAN EAGLE WHEEL CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) LAWRENCE CAMPBELL SMYTH, ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on its own motion. On June 13, 2005, this Court issued an Order setting a status conference in the above referenced matter for June 28, 2005. It has come to the Court's attention that this matter needs to be rescheduled.

**IT IS THEREFORE ORDERED** that a status conference is hereby rescheduled for **Thursday, July 7, 2005** at **10:00 a.m.** in the Chambers of The Honorable Graham C. Mullen, Room 230, in the Charlotte Division of the Western District of North Carolina. <u>The parties and their attorneys are required to be present at this status conference.</u>

**Signed: June 15, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge