**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-CV-42-MU**

| | |
|---|---|
| **AMERICAN EAGLE WHEEL CORPORATION,** ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| v. ) ) | |
| **LAWRENCE CAMPBELL SMYTH,** ) ) | |
| Defendant. ) ) | |

This matter is before the Court on the joint motion of American Eagle Wheel Corporation and Lawrence Campbell Smyth seeking to have this Court enter an Order confirming their Stipulation of Dismissal with Prejudice [file doc. 21]. For good cause shown, this Court does hereby confirm the parties' dismissal of this action with prejudice, with each party bearing its own costs and attorneys' fees.

**Signed: August 10, 2005**

Graham C. Mullen
Chief United States District Judge